**Electronically Filed**
**Supreme Court**
**SCWC-16-0000637**
**26-OCT-2017**
**03:32 PM**

SCWC-16-0000637

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CENTRAL PACIFIC BANK,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM HALEMANO FREDERICK,
Petitioner/Defendant-Appellant,

and

MARY KATHERINE FREDERICK, and SEA COUNTRY COMMUNITY
ASSOCIATION, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000637; CIV. NO. 14-1-2199)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ.,
and Circuit Judge Kubo, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on September 26, 2017, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 26, 2017.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Edward H. Kubo, Jr.

